### HOLLOMAN v. HOLLOMAN.

COBB, J. The discretion of the trial judge, exercised in granting to the applicant an allowance for alimony and attorney's fees, will not be controlled, there being nothing to indicate that there was an abuse of such discretion.

*Judgment affirmed. All the Justices concur.*

Argued October 13, — Decided October 29, 1903.

Petition for alimony. Before Judge Felton. Bibb superior court. August 11, 1903.

*M. R. Freeman* and *William Brunson*, for plaintiff in error. *Dessau, Harris & Harris*, contra.